# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALAIN G. ABOU-HAIDAR, | ) |
| Plaintiff, | ) Case No. 2:16-cv-00389-RFB-GWF |
| vs. | ) **ORDER** |
| STATE FARM INSURANCE COMPANY, | ) |
| Defendant. | ) |

This matter is before the Court on the parties' Stipulation and Order to Extend Discovery Deadlines (ECF No. 19), filed on September 29, 2016.

Pursuant to Fed.R.Civ.P. 6(b) and LR 26-4, extensions of time may be granted for good cause shown. The parties request a four (4) month extension of the discovery deadlines. The parties did not provide an adequate explanation for their request and the Court finds the parties have not shown good cause to extend discovery. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulation and Order to Extend Discovery (ECF No. 19) is **denied without prejudice**.

DATED this 30th day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge