RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
MEREDITH L. HOLMES, ESQ.
Nevada Bar No. 11602
mholmes@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:     (702) 839-1100
Facsimile:      (702) 839-1113
***Attorneys for Intervenor***
***State Farm Insurance Company***

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALAIN G. ABOU-HAIDAR, an individual,<br><br>                                        Plaintiff,<br><br>vs.<br><br>JOSHUA TERELL SMITH, an individual;<br>DOES I through X; and ROE<br>CORPORATIONS I through X, inclusive,<br><br>                                        Defendants.<br><hr>STATE FARM INSURANCE COMPANY,<br><br>                      Intervenor/Defendant | Case No:   2:16-cv-00389-RFB-GWF<br><br>**STIPULATION AND ORDER TO<br>DISMISS EXTRACONTRACTUAL<br>CLAIMS** |

        IT IS HEREBY STIPULATED by and between Plaintiff, Alain Abou-Haidar, by and

through his attorney of record, Joshua A. Kunis, Esq. of the Maier Gutierrez Ayon, and

Defendant, State Farm Insurance Company, by and through its attorney, Meredith L. Holmes,

Esq., of the law firm of Dennett Winspear, LLP, that Plaintiff has agreed to dismiss with prejudice

his extra-contractual (bad faith) claims, punitive damages, and any other claims involving claims

outside of the contractual relationship between State Farm and Alain Abou-Haidar.  Plaintiff was

previously granted leave by the Nevada State Court to assert these claims, pursuant to a minute

order granting Plaintiff's Motion for Leave to File First Amended Complaint, which was entered

on January 27, 2016.   Plaintiff agrees not to pursue any of the extracontractual claims

referenced in this minute order.

Both sides acknowledge that each side will bear their own attorneys' fees and costs as it relates to the litigation thus far completed, and that further orders and decisions shall be entered and effective through the Nevada State Court upon remand.

Dated:         1/26/17                         Dated:         1/26/17

**MAIER GUTIERREZ AYON**                    **DENNETT WINSPEAR, LLP**

By  /s/ Joshua A. Kunis, Esq.              By  /s/ Meredith L. Holmes, Esq.
Joseph A. Gutierrez, Esq.                  Ryan L. Dennett, Esq.
Nevada Bar No. 9046                        Nevada Bar No. 5617
Joshua A. Kunis, Esq.                      Meredith L. Holmes, Esq.
Nevada Bar No. 5695                        Nevada Bar No. 11602
8816 Spanish Ridge Avenue                  3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89148                   Las Vegas, Nevada  89129
*Attorneys for Plaintiff,*                 *Attorneys for Intervenor,*
*Alain Abou-Haidar*                        *State Farm Mutual Automobile*
                                           *Insurance Company*

## ORDER

Good Cause appearing therefore, **IT IS SO ORDERED.**

DATED this  27th  day of January, 2017.

_____
RICHARD F. BOULWARE, II
United States District Court

2